FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:29 am, Dec 15, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SHERRY L. WEST, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-75 |
| | * | |
| v. | * | |
| | * | |
| ELON PROPERTIES, | * | |
| | * | |
| Defendant. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Plaintiff did not file Objections.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order, **DENIES as moot** Defendant's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in*

*forma pauperis* status on appeal.

    SO ORDERED, this \_\_\_14\_\_\_ day of \_\_\_December\_\_\_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)